**Order entered October 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00755-CV

## IN THE ESTATE OF RAFFAELE MARTINI PANDOZY

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-18-03717-1**

## ORDER

This appeal was filed June 20, 2019, after the trial court pronounced its ruling but three months before the court signed the complained-of order determining appellant lacks standing to challenge the underlying heirship proceeding and determining the heirs of the Estate. Before the Court are the court reporter's September 19, 2019 request for an extension of time to file the reporter's record, appellee's July 9, 2019 motion to dismiss the appeal as untimely, and appellee's October 11, 2019 motion to consolidate appellate cause numbers 05-19-01050-CV, 05-19-01181-CV, and 05-19-01182-CV, all of which stem from the same underlying heirship proceeding, with this appeal. We rule as follows.

We **DENY** appellee's motion to dismiss. *See* TEX. R. APP. P.27.1(a). We also **DENY** the reporter's extension request as moot as the reporter's record has been received. We **ORDER** the reporter's record received September 24, 2019 filed as of the date of this order.

We **GRANT** the motion to consolidate and **CONSOLIDATE** appellate cause numbers 05-19-01050-CV, 05-19-01181-CV, and 05-19-01182-CV into this appeal. We **DIRECT** the Clerk of the Court to transfer all documents from appellate cause numbers 05-19-01050-CV, 05-19-01181-CV, and 05-19-01182-CV into this appeal. For administrative purposes, appellate cause numbers 05-19-01050-CV, 05-19-01181-CV, and 05-19-01182-CV are treated as closed. The parties shall now use only cause number 05-19-00755-CV when referencing the appeal.

As it appears the appellate record is complete, we **ORDER** appellant to file her opening brief no later than November 14, 2019.

We **DIRECT** the Clerk of the Court to send a copy of this order to Dallas County Clerk John F. Warren; Jackie Galindo, Official Court Reporter for Probate Court No. 1; and, the parties.

/s/    ERIN A. NOWELL
       JUSTICE